IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| HENRY ABRAM RODRIGUEZ, #1357555, | § § § § § | |
|---|---|---|
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:18-CV-00250-RAS |
| CRAFT SHOP, STATE OF TEXAS, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 15, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 52), recommending that the above-styled case be dismissed with prejudice to the reassertion of those claims unless the *Heck* conditions are met. Plaintiff, proceeding *pro se* and *in forma pauperis*, filed Objections (Doc. No. 55) to the Report and Recommendation. Generally speaking, Plaintiff reiterates arguments raised in his prior pleadings, including that Plaintiff has not received payment for art sold through the "Craft Shop" and that the indictment in his underlying criminal conviction case was "illegal." (Doc. No. 55.)

The Court conducted a *de novo* review of the portions of the Magistrate Judge's findings to which objections have been raised and finds that the Magistrate Judge's findings and conclusions are correct. 28 U.S.C. § 636(b)(1). Accordingly, the Court **OVERRULES** Plaintiff's Objections (Doc. No. 55) and **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 52) as the findings of the Court. The claims in the above-styled case are **DISMISSED WITH PREJUDICE** to the reassertion of those claims unless the *Heck* conditions are met.

1

**SIGNED this the 17th day of June, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE